lant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS J. MONROE, Respondent, v. ALBERT H. CARLISLE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAURICE GORDON and Another, Appellants, v. SHENK REALTY AND CONSTRUCTION COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of M. E. JORDAN, INC., Respondent, for an Order Modifying and as Modified, Confirming the Award Previously Made by THOMAS J. MITCHELL and Others, Arbitrators in a Certain Arbitration Proceeding between Said Plaintiff and JACOB EPSTEIN, Appellant, under a Submission Dated May 12, 1926.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MATTHEW J. CULLIGAN, Appellant, v. SARAH CULLIGAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE AMERICAN TOBACCO COMPANY, INC., Appellant, v. EDWARD HUTH and Others, Copartners, etc., Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

THE AMERICAN TOBACCO COMPANY, INC., Appellant, v. EDWARD HUTH and Others, Copartners, etc., Respondents, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

JOSEPH NASH and Another, Appellants, v. AMRI REALTY Co., INC., Respondent, Impleaded, etc.— Judgment so far as appealed from and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

FRANK S. WEINSTEIN, Respondent, v. NATHAN J. MILLER and Others, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

THE GREENWICH BANK OF THE CITY OF NEW YORK, Respondent, v. THE CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

BENJAMIN H. UEBERALL, Respondent, v. ANDERSON T. HERD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

GEORGE U. HIND and Another, Copartners, etc., Appellants, v. THEODORE WILLICH and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN J. CLARK, Respondent, v. ISAAC LOWENFELD, Appellant, Impleaded with WILLIAM PRAGER, Defendant.— Judgment so far as appealed from reversed, the action severed, and a new trial ordered as to defendant Isaac Lowenfeld, with costs to the appellant to abide the event, on the ground that the verdict